# **L** LINDEMANN
## Law Firm, P.A.

**ANDREW F. LINDEMANN**[*]
Direct Dial: (803) 881-8921
Email: andrew@ldlawsc.com

*Also Admitted in North Carolina*

Telephone (803) 881-8920
Facsimile (803) 862-1181

5 Calendar Court, Suite 202 (29206)
Post Office Box 6923
Columbia, South Carolina 29260

January 23, 2025

*__Via CM/ECF__*
The Honorable William S. Brown
United States Magistrate Judge

RE:     Kenneth Gene Scott v. Richland County
        Civil Action Number: 8:22-2031-JDA-WSB
        Claim Number: 920000000350
        Our File Number: 314.20612

Dear Judge Brown:

        This letter is to advise the Court that the above referenced case has been settled by the parties. The parties are in agreement that the Court may issue a Rubin Order.

        If you have any questions, please advise. Thank you for your continued assistance.

                        Sincerely,

                        LINDEMANN LAW FIRM, P.A.

                        *s/ Andrew F. Lindemann*

                        Andrew F. Lindemann

AFL/jmb

cc:     Stevens B. Elliott, Esquire *(Via CM/ECF)*
        Gary W. Popwell, Jr., Esquire *(Via CM/ECF)*